### McCLESKEY v. MAYOR AND COUNCIL OF GAINESVILLE.

EVANS, J.  The facts of this case bring it squarely within the ruling made in *Stoner* v. *Magins,* 116 *Ga.* 797, which was approved and followed in *Jessey* v. *Dean,* 122 *Ga.* 371.  *Brown* v. *Gainesville,* ante.

*Judgment affirmed.  All the Justices concur.*

Submitted March 19,—Decided May 10, 1906.

Certiorari.   Before Judge Kimsey.   Hall superior court.   January 30, 1906.

*B. P. Gaillard, Jr.,* for plaintiff in error.

*J. G. Collins,* contra.